IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV370

| | |
|---|---|
| DIANA DOCKERY, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>DEBRA YOUNG, and THE )<br>PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendants. )<br>) | O R D E R |

**THIS MATTER** is before the Court on Defendant Prudential Insurance Company of America's consent to an extension of the temporary restraining order filed herein on November 14, 2006. The Plaintiff has no objection to such an extension.

**IT IS, THEREFORE, ORDERED** that the temporary restraining order issued at 3:00 PM, on November 14, 2006, is hereby extended for an additional 20 days, or to and including 3:00 PM, on December 14, 2006.

**IT IS FURTHER ORDERED** that Defendants' responses to the Plaintiff's motion for preliminary injunction are hereby deferred pending

2

resolution of payment of the proceeds of the insurance policy into the Court's registry.

Signed: November 20, 2006

Lacy H. Thornburg
United States District Judge