IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV370

| | | |
|---|---|---|
| DIANA DOCKERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DEBRA YOUNG, and THE | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2008 term in the Asheville Division.

It appears the criminal trials for the January 2008 two-week term will last the entire term, leaving no time available for civil trials. Therefore, in order to save the parties time and expense of preparing for trial when such may not be reached by the Court, the trial of this case will be continued to the Court's March 2008 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's March 2008 term in the Asheville Division.

Signed: December 13, 2007

Lacy H. Thornburg
United States District Judge